JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

PARTHIBAN KRISHNARAJ,

              Plaintiff,

    v.

UNITED STATES CITIZENSHIP &
IMMIGRATION SERVICES, et al.,

              Defendants.

Case No. 2:24-cv-9465-SK

**JUDGMENT**

       Pursuant to the Stipulated Order of Remand, **IT IS ADJUDGED** that this matter is remanded to USCIS for further administrative proceedings as outlined in the Parties' Joint Stipulation to Remand (ECF 51).

       The Clerk shall close the case.


DATED:   April 13, 2026                                

                                      STEVE KIM
                                      United States Magistrate Judge